UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **ANTHONY HARPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:21-cv-00764-GAP-EJK |
| | ) |
| **APRIA HEALTHCARE LLC,** | ) NOTICE OF RESOLUTION |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09, Plaintiff Anthony Harper and Defendant Apria Healthcare LLC (collectively, the "Parties") in the above-captioned matter respectfully provide notice that they have reached a settlement in principle of their dispute, which they are in the process of reducing to writing. The Parties anticipate filing within thirty days a stipulated order of dismissal with prejudice without award of fees or costs.

Submitted this 30th day of July, 2021.

| | |
|---|---|
| /s/ *Amanda J. Allen* | /s/ *Geremy W. Gregory* |
| Amanda J. Allen, Esq. | Geremy W. Gregory |
| Florida Bar No. 0098228 | Florida Bar No. 102645 |
| Amanda@TheConsumerProtectionFirm.com | ggregory@balch.com |
| William Peerce Howard, Esq. | **BALCH & BINGHAM LLP** |
| Florida Bar No. 0103330 | One Independent Drive., Suite 1800 |
| Billy@TheConsumerProtectionFirm.com | Jacksonville, FL 32202 |
| **THE CONSUMER PROTECTION FIRM** | Telephone: (904) 348-6875 |
| 401 East Jackson Street, Suite 2340 | Facsimile: (866) 501-9968 |
| Tampa, FL 33602 | *Attorneys for Defendant* |
| Telephone: (813) 500-1500 | |
| Facsimile: (813) 435-2369 | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF CONFERING IN GOOD FAITH**

On July 30, 2021, the undersigned counsel conferred with Plaintiff's counsel via email and the Parties agreed to this notice.

/s/ *Geremy W. Gregory*
Geremy W. Gregory

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2021, a true and correct copy of the above and foregoing was filed via the CM/ECF System, and served electronically.

/s/ Geremy W. Gregory
Geremy W. Gregory