# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY HARPER,

    Plaintiff,

v.                                                  CASE NO.:  6:21-cv-00764-GAP-EJK

APRIA HEALTHCARE, LLC,

    Defendant.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, ANTHONY HARPER, and the Defendant APRIA HEALTHCARE, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ Amanda J. Allen | /s/ Geremy W. Gregory |
| Amanda J. Allen, Esq. | Geremy W. Gregory Esq. |
| Florida Bar No. 0098228 | Florida Bar No. 012645 |
| William "Billy" Peerce Howard, Esq. | BALCH & BINGHAM, LLP |
| Florida Bar No. 0103330 | One Independent Drive, Suite 1800 |
| THE CONSUMER PROTECTION FIRM, PLLC | Jacksonville, FL 32202 |
| 401 East Jackson Street, Suite 2340 | Telephone: (904) 348-6875 |
| SunTrust Financial Center | Facsimile: (866) 501-9968 |
| Tampa, FL 33602 | ggregory@balch.com |
| Telephone: (813) 500-1500 | *Attorneys for Defendant* |
| Facsimile: (813) 435-2369 | |
| Amanda@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on September 2, 2021, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Amanda J. Allen
Amanda J. Allen, Esq.
Florida Bar No. 0098228